## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JAMES JASON SIMPSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-1031-O-BP** |
| | § | |
| **PARKER COUNTY** | § | |
| **APPRAISAL DISTRICT, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 26, 2024, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 9) in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court hereby **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED without prejudice**.

**SO ORDERED** on this **15th day** of **February, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**